# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PV HOLDING CORP.,<br><br>Defendant. | PO-21-05237-GF-JTJ<br><br>VIOLATION:<br>E1102898<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** pursuant to Fed. R. Crim. P. 48(a).  **IT IS FURTHER ORDERED** that the initial appearance scheduled for December 9, 2021 is **VACATED**.

DATED this 7th day of December, 2021.

_____
John Johnston
United States Magistrate Judge